<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

*Northern* District of *Illinois*
(State)

Case number (*if known*): _____ Chapter *7*

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   *Beacon Therapeutic School, Inc.*

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   *Beacon Therapeutic Diagnostic & Treatment Center*

3. **Debtor's federal Employer Identification Number (EIN)**

   *36-2660495*

4. **Debtor's address**

   | Principal place of business — *Thru 6/30/17* | Mailing address, if different from principal place of business |
   |---|---|
   | *10650 S. Longwood* | *C/o BFKPN Corporate Services, Inc.* |
   | Number     Street | *200 W. Madison Street* |
   | | Number     Street |
   | | P.O. Box |
   | *Chicago    IL    60643* | *Chicago    IL    60606* |
   | City         State   ZIP Code | City         State   ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | *Cook* | *N/A* |
   | County | Number     Street |
   | | City         State   ZIP Code |

5. **Debtor's website (URL)**   *N/A*

6. **Type of debtor**

   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☑ Other. Specify: *Non-Profit corporation*

Debtor   *Beacon Therapeutic School*   Case number (if known)_____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___  ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY

          District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When _____
                                  MM / DD / YYYY

       Case number, if known _____

Debtor   *Beacon Therapeutic School*
      Name                                                       Case number (if known)_____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                Number          Street

_____

                City                          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Beacon Therapeutic School**
Name

Case number (if known)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/19/2017
MM / DD / YYYY

X _Thomas A Goldrick_    _Thomas A. Goldrick_
Signature of authorized representative of debtor    Printed name

Title _Director_

**18. Signature of attorney**

X _Robert D Nachman_    Date 12/19/2017
Signature of attorney for debtor    MM / DD / YYYY

Printed name _Robert D. Nachman, Edward F. Malone_
Firm name _Barack Ferrazzano Kirschbaum & Nagelberg LLP_
_200 W. Madison St., Suite 3900_
Number    Street
_Chicago_    _FL_    _60606_
City    State    ZIP Code
_312-984-3100_    _robert.nachman@bfkn.com_
Contact phone    Email address

_6185804_    _IL_
Bar number    State

---

Fill in this information to identify the case and this filing:

Debtor Name _Beacon Therapeutic School_

United States Bankruptcy Court for the: _Northern_ District of _Illinois_
                                                                    (State)

Case number (if known): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12/19/2017_        ✗ _Thomas A Goldrick_
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        _Thomas A. Goldrick_
                                        Printed name

                                        _Director_
                                        Position or relationship to debtor

---

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Beacon Therapeutic School</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Illinois<br/>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

---

**Part 1:**   **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................    $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $ 5,235.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................    $ 5,235.00

---

**Part 2:**   **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............    $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................    $ 150,809

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............    + $ 725,953

4. **Total liabilities**..................................................................................    $ 876,762
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  Beacon Therapeutic School

United States Bankruptcy Court for the:  Northern    District of  Illinois
                                                      (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                          $  0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Beverly Bank | Operating | 1 5 6 3 | $ 24.00 |
| 3.2. Beverly Bank | Operating | 6 2 9 9 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $  0.00
   4.2. _____    $  0.00

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 24.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Debtor   Beacon Therapeutic School
_____
Name

Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........→   $ 0.00
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   66,431.08 – 61,362.03 = ........→   $ 5,211.04
                          face amount          doubtful or uncollectible accounts
                          66,573.07

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 5,211.04

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

Debtor  *Beacon Therapeutic Schools*
      Name

Case number *(if known)*_____

---

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any Inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, Including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   _Beacon Therapeutic Schools_
Name

Case number (if known) _____

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  *Beacon Therapeutic Schools*
_____
Name

Case number *(if known)* _____

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. Is a depreciation schedule available for any of the property listed in Part 8?

☑ No

☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No

☐ Yes

Debtor    Beacon Therapeutic School    Case number (if known)_____
　　　　　Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _Beacon Therapeutic Schools_       Case number *(if known)* _____
     Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 71. **Notes receivable** | | | | |
| Description (include name of obligor) | | | | |
| _____ | ___ — | ___ | = → | $ _____ |
| | Total face amount | doubtful or uncollectible amount | | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | | | | |
| Description (for example, federal, state, local) | | | | |
| _____ | | Tax year _____ | | $ _____ |
| _____ | | Tax year _____ | | $ _____ |
| _____ | | Tax year _____ | | $ _____ |
| 73. **Interests in insurance policies or annuities** | | | | |
| _____ | | | | $ _____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | | | |
| _____ | | | | $ _____ |
| Nature of claim | _____ | | | |
| Amount requested | $ _____ | | | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | | | |
| _____ | | | | $ _____ |
| Nature of claim | _____ | | | |
| Amount requested | $ _____ | | | |
| 76. **Trusts, equitable or future interests in property** | | | | |
| _____ | | | | $ _____ |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | | | |
| _____ | | | | $ _____ |
| _____ | | | | $ _____ |
| 78. **Total of Part 11.** | | | | |
| Add lines 71 through 77. Copy the total to line 90. | | | | $ _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    Beacon Therapeutic School
_____
Name    Case number *(if known)*_____

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 24.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 5,211.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 5,235.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................    $ 5,235.00

Fill in this information to identify the case:

Debtor name __Beacon Therapeutic School__

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien _____

$ _____   $ _____

Creditor's mailing address _____

Describe the lien _____

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**2.2** Creditor's name _____

Describe debtor's property that is subject to a lien _____

$ _____   $ _____

Creditor's mailing address _____

Describe the lien _____

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ _____

Fill in this information to identify the case:

Debtor **Beacon Therapeutic School**

United States Bankruptcy Court for the: **Northern** District of **IL**
(State)

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**IDES**
**PO Box 3637**
**Springfield IL 62708**

As of the petition filing date, the claim is: $ *150,809*    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015 - 2017**

Basis for the claim: _____

Last 4 digits of account number **6094**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor   Beacon Therapeutic School
Name

Case number (if known) _____

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Amc Mechanical
11535 W. 183rd Place
Orland Park IL 60462

Date or dates debt was incurred  1/25/17
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,189.20

**3.2** Nonpriority creditor's name and mailing address

AdT Security Systems
Po Box 371878
Pittsburgh, PA 15250-7878

Date or dates debt was incurred  2017
Last 4 digits of account number  1977

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 555.07

**3.3** Nonpriority creditor's name and mailing address

AJS Publications Inc.
229 Brier Court
Island Lake IL 60042

Date or dates debt was incurred  11/21/16
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 135.00

**3.4** Nonpriority creditor's name and mailing address

Arkadin
1501 E. Woodfield Rd Suite 400E
Schaumburg, IL 60173

Date or dates debt was incurred  2016-2017
Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 672.15

**3.5** Nonpriority creditor's name and mailing address

AT+T
Po Box 5080
Carol Stream, IL 60197-5080

Date or dates debt was incurred  2016-2017
Last 4 digits of account number  3183

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,580.05

**3.6** Nonpriority creditor's name and mailing address

AT+T
PO Box 5080
Carol Stream IL 60197-5080

Date or dates debt was incurred  2016-2017
Last 4 digits of account number  2891

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,694.46

Debtor    Beacon Therapeutic School

Name

Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

AT&T

PO BOX 5080
CAROL Stream IL 60197-5080

Date or dates debt was incurred    2017
Last 4 digits of account number    1078

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 539.03

**3.8** Nonpriority creditor's name and mailing address

AT&T

Po BOX 5080
CAROl Stream IL 60197-5080

Date or dates debt was incurred    2017
Last 4 digits of account number    6382

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 300.89

**3.9** Nonpriority creditor's name and mailing address

AT&T

PO BOX 5080
CAROl Stream IL 60197-5080

Date or dates debt was incurred    5/2017 - 7/17
Last 4 digits of account number    1008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,528.94

**3.10** Nonpriority creditor's name and mailing address

AT&T

PO BOX 5080
CAROl Stream IL 60197-5080

Date or dates debt was incurred    6/2017
Last 4 digits of account number    2680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 681.01

**3.11** Nonpriority creditor's name and mailing address

AT&T

PO BOX 5080
CAROl Stream IL 60197-5080

Date or dates debt was incurred    2016-2017
Last 4 digits of account number    1156

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 32,595.09

Debtor  Beacon Therapeutic School                                    Case number (if known) _____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

AT+T

PO Box 5080
Carol Stream IL 60197-5080

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

$ 7,252.63

Basis for the claim: _____

Date or dates debt was incurred   2016-2017
Last 4 digits of account number   1199

Is the claim subject to offset?
☐ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

Audio Tel Communications

1550 N. Northwest Highway #108F
Park Ridge, IL 60068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,534.00

Basis for the claim: _____

Date or dates debt was incurred   2016-2017
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

Barrack Ferranzano Kirschbaum

200 W. Madison St   Suite 3900
Chicago IL 60606-3459

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,789.20

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

BDO

PO Box 642743
Pittsburgh, PA 15264-2743

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,750.00

Basis for the claim: _____

Date or dates debt was incurred   4/18/17
Last 4 digits of account number   9163

Is the claim subject to offset?
☐ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

Beaver Shredding

PO Box 1703
Bridgeview IL 60455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,441.00

Basis for the claim: _____

Date or dates debt was incurred   3/15/17
Last 4 digits of account number   8012

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  Beacon Therapeutic School

Name

Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Behavioral Staffing

Dept 4371

Carol Stream IL 60122-4371

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 2,606.66

Date or dates debt was incurred   2016-2017
Last 4 digits of account number   7531

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Bell Paving + Sealcoating

10719 S. Talman

Chicago IL 60655

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2,615.00

Date or dates debt was incurred   2016-2017
Last 4 digits of account number   ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Beverly Glass Service

10430 S. Western Ave

Chicago IL 60643-2508

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 510.00

Date or dates debt was incurred   2016
Last 4 digits of account number   ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Beverly Management Associates

1601 Chico Ct.

Thousand Oaks, CA 91360-2136

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 13,679.21

Date or dates debt was incurred   2016-2017
Last 4 digits of account number   ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Big Top Productions

1639 Sheridan Road

North Chicago IL 60064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 5,600.00

Date or dates debt was incurred   2016
Last 4 digits of account number   ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _Beacon Therapeutic School_____ Case number (if known) _____
        Name

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

Calumet Park Ace Hardware

1340 West 127th Street

Calumet Park , IL 60827

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 294.64

Date or dates debt was incurred    2015 - 2016

Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

**3.22** Nonpriority creditor's name and mailing address

Catholic Bishop of Chicago

835 N. Rush Street

Chicago IL 60611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 178,986.62

Date or dates debt was incurred    2016 - 2017

Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

City of Chicago

PO Box 71528

Chicago IL 60694-528

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 350,00

Date or dates debt was incurred    2016 - 2017

Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Comcast

PO Box 3001

Southeastern PA 19398-3001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 774.30

Date or dates debt was incurred    2017

Last 4 digits of account number    3871

Is the claim subject to offset?
☐ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

Comcast

PO Box 3001

Southeastern PA 19398-3001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 358,81

Date or dates debt was incurred    2017

Last 4 digits of account number    8401

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  Beacon Therapeutic School
        _____Name_____   Case number (if known)_____

---

**Part 2:**  **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.**2X** Nonpriority creditor's name and mailing address

Comcast

PO Box 3001
Southeastern PA 19398-3001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

Basis for the claim: _____

$ 1,888.60

Date or dates debt was incurred    2016-2017
Last 4 digits of account number    9480

Is the claim subject to offset?
☐ No
☐ Yes

---

3.**26** Nonpriority creditor's name and mailing address

ComEd

PO Box 6111
Carol Stream IL 60197-6111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 619.90

Date or dates debt was incurred    2017
Last 4 digits of account number    1002

Is the claim subject to offset?
☐ No
☐ Yes

---

3.**2X** Nonpriority creditor's name and mailing address

ComEd

PO Box 6111
Carol Stream IL 60197-6111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 3,990.50

Date or dates debt was incurred    2017
Last 4 digits of account number    1009

Is the claim subject to offset?
☐ No
☐ Yes

---

3.**3X** Nonpriority creditor's name and mailing address

ComEd

PO Box 6111
Carol Stream IL 60197-6111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 915.43

Date or dates debt was incurred    2017
Last 4 digits of account number    2044

Is the claim subject to offset?
☐ No
☐ Yes

---

3.**3X** Nonpriority creditor's name and mailing address

ComEd

PO Box 6111
Carol Stream IL 60197-6111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 177.94

Date or dates debt was incurred    2017
Last 4 digits of account number    8022

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _Beacon Therapeutic School_____   Case number (if known)_____
         Name

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3? Nonpriority creditor's name and mailing address
DD Fisher Consulting
8105 White Oak Road
Quincy IL 62305

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

$ 5,200.00

Basis for the claim: _____

Date or dates debt was incurred   2017
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.2? Nonpriority creditor's name and mailing address
Disney Educational Production
105 Terry Drive Suite 120
Newton PA 18940-3425

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 147.00

Basis for the claim: _____

Date or dates debt was incurred   8/2016
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.2? Nonpriority creditor's name and mailing address
Dr. Sripada MD SC
1410 S. Laplin Unit 1
Chicago IL 60607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,725.00

Basis for the claim: _____

Date or dates debt was incurred   2017
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.2? Nonpriority creditor's name and mailing address
Fedex
PO Box 94515
Palatine IL 60094-4515

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.25

Basis for the claim: _____

Date or dates debt was incurred   5/17/17
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.2? Nonpriority creditor's name and mailing address
Follett
91826 Collection Center Drive
Chicago IL 60193-0918

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,132.49

Basis for the claim: _____

Date or dates debt was incurred   2016
Last 4 digits of account number   3954

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _Beacon Therapeutic School_                    Case number (if known) _____
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3?** Nonpriority creditor's name and mailing address

FSP

5343 W. Roscoa St.

Chicago IL 60641

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 37,091.47

Date or dates debt was incurred      2017
Last 4 digits of account number      9040

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

General Burglar Alarm Co.

8216 S. Western Ave.

Chicago IL 60620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2,037.60

Date or dates debt was incurred      2017
Last 4 digits of account number      _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Handle With Care Behavior

184 McKinstry Blvd

Gardiner, NY 12525-5133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2,100

Date or dates debt was incurred      8/11/16
Last 4 digits of account number      _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Heartland Health Outreach

4750 N. Sheridan Road

Chicago IL 60640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 47,454.78

Date or dates debt was incurred      2015
Last 4 digits of account number      _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Heartland Human Care Services

1209 W. 98th Street

Chicago IL 60643

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 48,453.85

Date or dates debt was incurred      2015
Last 4 digits of account number      _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 8 of 20

Debtor _Beacon Therapeutic School_
Name

Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

3.**42** Nonpriority creditor's name and mailing address

_Hinckley Springs_
_PO Box 60579_
_DALLAS, TX 75266-0579_

Date or dates debt was incurred    _2017_
Last 4 digits of account number    _1718_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim    $ _4,242.88_

---

3.**43** Nonpriority creditor's name and mailing address

_Home Depot_
_Dept 32-2006198703_
_PO Box 9001030_
_Louisville, KY 40290-1030_

Date or dates debt was incurred    _2015_
Last 4 digits of account number    _8703_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _5,450.45_

---

3.**44** Nonpriority creditor's name and mailing address

_Houghton Mifflin Harcourt_
_14046 Collections Center Dr._
_Chicago IL 60693_

Date or dates debt was incurred    _9/2016_
Last 4 digits of account number    _4192_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _1,571.44_

---

3.**45** Nonpriority creditor's name and mailing address

_HR Direct_
_PO Box 66390_
_Pompano Beach, FL 33066-9390_

Date or dates debt was incurred    _8/2016_
Last 4 digits of account number    _1035_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _149.98_

---

3.**46** Nonpriority creditor's name and mailing address

_IL Dept of Innovation & Tech._
_PO Box 10255_
_Springfield, IL 62791-0255_

Date or dates debt was incurred    _2015-2017_
Last 4 digits of account number    _2005_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _3,340.00_

---

Debtor _Beacon Therapeutic_
           Name

Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.4|** Nonpriority creditor's name and mailing address

Jesser, Ravid, Jeason, Bassot FArber LLP
150 N. Wacker DR Suite 3100
Chicago IL 60606-1659

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Uniiquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _2017_
Last 4 digits of account number   _0442_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 27,000.00

---

**3.4|** Nonpriority creditor's name and mailing address

Jewels Bus Company
1035 West 111th Street
Chicago IL 60643

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Uniiquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _2016-2017_
Last 4 digits of account number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 925.00

---

**3.4|** Nonpriority creditor's name and mailing address

Kenneth Young Center
1001 Rohlwing Road
Elk Grove Village, IL 60007

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Uniiquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _2016-2017_
Last 4 digits of account number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 13,236.00

---

**3.5|** Nonpriority creditor's name and mailing address

Konica Minolta
21719 Network Place
Chicago IL 60673-1217

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Uniiquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _2017_
Last 4 digits of account number   _0724_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 2,468.29

---

**3.5|** Nonpriority creditor's name and mailing address

Konica Minolta
21719 Network Place
Chicago IL 60673-1217

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Uniiquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _2016-2017_
Last 4 digits of account number   _8460_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 85,103.19

---

Debtor    Beacon Therapeutic School _____    Case number (if known) _____

Name

| | | |
|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.52  Nonpriority creditor's name and mailing address

Lambent Risk Management

33 W. LaSalle Street
Chicago IL 60602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
  disputed

Basis for the claim: _____

$ 3,718.00

Date or dates debt was incurred    3/28/17

Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

3.53  Nonpriority creditor's name and mailing address

Manpower

21271 Network Place
Chicago IL 60673-1212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 8,928.23

Date or dates debt was incurred    2016

Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

3.54  Nonpriority creditor's name and mailing address

Metropolitan Water Reclamation

Lockbox 98429
Chicago IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 328.00

Date or dates debt was incurred    12/2016

Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

3.55  Nonpriority creditor's name and mailing address

Morgan Locksmith

1825 W. 103rd Street
Chicago IL 60643

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 514.16

Date or dates debt was incurred    2016-2017

Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

3.56  Nonpriority creditor's name and mailing address

Mortenson Roofing Co. Inc.

9505 Corsair Rd.
Frankfort IL 60423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 688.00

Date or dates debt was incurred    2/2017

Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor __Beacon Therapeutic School_____   Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5?** Nonpriority creditor's name and mailing address

Northwest Evaluation Assoc
(NWEA)
121 NW Everett Street
Portland, OR 97209

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    12/2016
Last 4 digits of account number    1

Is the claim subject to offset?
☐ No
☐ Yes

$ 1500.00

**3.5?** Nonpriority creditor's name and mailing address

Office of the City Clerk
121 N LaSalle St. Rm 1
Chicago IL 60602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2017
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 407.96

**3.59** Nonpriority creditor's name and mailing address

Pearson Education, Inc.
PO Box 409496
Atlanta, GA 30384-9496

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    9/2016
Last 4 digits of account number    9641

Is the claim subject to offset?
☐ No
☐ Yes

$ 904.49

**3.60** Nonpriority creditor's name and mailing address

Peoples GAS
PO Box 2968
Milwaukee, WI 53201-2968

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2017
Last 4 digits of account number    4695

Is the claim subject to offset?
☐ No
☐ Yes

$ 833.38

**3.6?** Nonpriority creditor's name and mailing address

Peoples GAS
PO Box 3140
Milwaukee, WI 53201-3140

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2017
Last 4 digits of account number    3531

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,205.07

Debtor _Beacon Therapeutic School_____   Case number (if known)_____
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__ Nonpriority creditor's name and mailing address

Peoples GAS

Po Box 340
Milwaukee, WI 53201-3140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,314.26

Date or dates debt was incurred    2017
Last 4 digits of account number    4693

Is the claim subject to offset?
☐ No
☐ Yes

---

3.__ Nonpriority creditor's name and mailing address

Purchase Power

Po Box 371874
Pittsburgh, PA 15250-7874

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 5,975.98

Date or dates debt was incurred    2016-2017
Last 4 digits of account number    5380

Is the claim subject to offset?
☐ No
☐ Yes

---

3.__ Nonpriority creditor's name and mailing address

Reliable Fire + Security

12845 S. Cicero Avenue
Alsip, IL 60803-3083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 359.30

Date or dates debt was incurred    2016
Last 4 digits of account number    8064

Is the claim subject to offset?
☐ No
☐ Yes

---

3.__ Nonpriority creditor's name and mailing address

Safeguard Business

Po Box 88043
Chicago IL 60680-1043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 342.44

Date or dates debt was incurred    4/2016
Last 4 digits of account number    6077

Is the claim subject to offset?
☐ No
☐ Yes

---

3.__ Nonpriority creditor's name and mailing address

Sams Club

Po Box 53098
Atlanta, GA 30353-0981

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 21,024.70

Date or dates debt was incurred    2015-2017
Last 4 digits of account number    1738

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    *Beacon Therapeutic School*

Name

Case number *(if known)* _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.** 7    Nonpriority creditor's name and mailing address

*Scholastic, Inc.*

*PO Box 3725*

*Jefferson City, MO 65102-3725*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ *725.23*

Date or dates debt was incurred    *3/18/16*

Last 4 digits of account number    *7261*

Is the claim subject to offset?
☐ No
☐ Yes

**3.** 8    Nonpriority creditor's name and mailing address

*Scholastic, Inc.*

*PO Box 3720*

*Jefferson City, MO 65102-3720*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ *357.76*

Date or dates debt was incurred    *9/14/16*

Last 4 digits of account number    *7265*

Is the claim subject to offset?
☐ No
☐ Yes

**3.** 9    Nonpriority creditor's name and mailing address

*School Nurse Supply*

*PO Box 68968*

*Schaumburg, IL 60168*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ *27.90*

Date or dates debt was incurred    *10/15/16*

Last 4 digits of account number    *0649*

Is the claim subject to offset?
☐ No
☐ Yes

**3.** 10    Nonpriority creditor's name and mailing address

*School Specialty*

*32656 Collections Center Dr*

*Chicago, IL 60693-0326*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ *880.73*

Date or dates debt was incurred    *2016*

Last 4 digits of account number    *2044*

Is the claim subject to offset?
☐ No
☐ Yes

**3.** 11    Nonpriority creditor's name and mailing address

*Seven Holy Founders*

*12400 S. Ada*

*Calumet Park, IL 60827*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ *10,205.39*

Date or dates debt was incurred    *2015-2016*

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Beacon Therapeutic School                    Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.12  Nonpriority creditor's name and mailing address

Shark Shredding
18811 S. 90th Avenue
Mokena, IL 60448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
    disputed

Basis for the claim: _____

Date or dates debt was incurred    7/18/17
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,375.00

3.13  Nonpriority creditor's name and mailing address

Simplex Grinnell
Dept CH 10320
Palatine, IL 60055-0320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2016-2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,769.47

3.14  Nonpriority creditor's name and mailing address

Solution 3 Graphics
10547 S. Western Avenue
Chicago, IL 60643

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    1/17/17
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 154.13

3.15  Nonpriority creditor's name and mailing address

Speech Corner
PO Box 6727
Chandler, AZ 85246

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    8/31/16
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 39.93

3.16  Nonpriority creditor's name and mailing address

Staples Advantage
Dept Det PO Box 83689
Chicago, IL 60696-3689

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2016
Last 4 digits of account number    7 1 2 7

Is the claim subject to offset?
☐ No
☐ Yes

$ 251.94

Debtor  Beacon Therapeutic School

Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.☑ Nonpriority creditor's name and mailing address

Stericycle, Inc.

PO Box 6575
Carol Stream, IL 60197-6575

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 5,899.09

Date or dates debt was incurred  2016
Last 4 digits of account number  3487

Is the claim subject to offset?
☐ No
☐ Yes

3.☑ Nonpriority creditor's name and mailing address

Stumps

One Party Place Box 327
South Whitley, IN 46787-0327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 106.25

Date or dates debt was incurred  05/17/16
Last 4 digits of account number  8677

Is the claim subject to offset?
☐ No
☐ Yes

3.☑ Nonpriority creditor's name and mailing address

TeleAssist

PO Box 789050
Philadelphia, PA 19178-9050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,587.53

Date or dates debt was incurred  2017
Last 4 digits of account number  1631

Is the claim subject to offset?
☐ No
☐ Yes

3.☑ Nonpriority creditor's name and mailing address

Time For Kids

3000 University Center DR.
Tampa, FL 33612-6408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 179.04

Date or dates debt was incurred  9/14/16
Last 4 digits of account number  6117

Is the claim subject to offset?
☐ No
☐ Yes

3.☑ Nonpriority creditor's name and mailing address

Trace Identity Services

222 Vollmer Rd Suite RC
Chicago Heights IL 60411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 165.00

Date or dates debt was incurred  2/2017
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor __Beacon Therapeutic School__
                Name

Case number (if known) _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.58 Nonpriority creditor's name and mailing address

Tyco Integrated Security

Po Box 371967

Pittsburgh, PA 15250-7967

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 4,577.07

Basis for the claim: _____

Date or dates debt was incurred    2016-2017

Last 4 digits of account number    8196

Is the claim subject to offset?
- ☐ No
- ☐ Yes

3.59 Nonpriority creditor's name and mailing address

Tyco Simplex Grinnell

Dept CH 10320

Palatine, IL 60055-0320

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,123.08

Basis for the claim: _____

Date or dates debt was incurred    2017

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
- ☐ No
- ☐ Yes

3.60 Nonpriority creditor's name and mailing address

ULine

Po Box 88741

Chicago IL 60680-1741

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 307.35

Basis for the claim: _____

Date or dates debt was incurred    5/30/17

Last 4 digits of account number    3574

Is the claim subject to offset?
- ☐ No
- ☐ Yes

3.61 Nonpriority creditor's name and mailing address

Verizon

Po Box 25505

Lehigh Valley, PA 18002-5505

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,658.47

Basis for the claim: _____

Date or dates debt was incurred    2016-2017

Last 4 digits of account number    9946

Is the claim subject to offset?
- ☐ No
- ☐ Yes

3.62 Nonpriority creditor's name and mailing address

Verizon

Po Box 25505

Lehigh Valley, PA 18002-5505

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 13,401.11

Basis for the claim: _____

Date or dates debt was incurred    2016-2017

Last 4 digits of account number    2822

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor _Beacon Therapeutic School_____    Case number (If known)_____
      Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.87** Nonpriority creditor's name and mailing address
Verizon
PO Box 25505
Lehigh Valley, PA 18002-5505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    2016-2017
Last 4 digits of account number    9790

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,285.16

**3.88** Nonpriority creditor's name and mailing address
Victor S. Bernstein PHD
2045 W. Waveland Avenue
Chicago IL 60618

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,375.00

**3.89** Nonpriority creditor's name and mailing address
Village of Calumet Park Rec Center
12426 S. Loomis Street
Calumet Park IL 60827

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2016-2017
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,600.00

**3.90** Nonpriority creditor's name and mailing address
Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2017
Last 4 digits of account number    3003

Is the claim subject to offset?
☐ No
☐ Yes

$ 332.00

**3.91** Nonpriority creditor's name and mailing address
Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2017
Last 4 digits of account number    3007

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,853.22

Debtor   Beacon Therapeutic School                                      Case number (if known) _____

Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.92 Nonpriority creditor's name and mailing address

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  2017
Last 4 digits of account number  3009

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,457.75

---

3.93 Nonpriority creditor's name and mailing address

Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2016-2017
Last 4 digits of account number  3280

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,006.56

---

3.94 Nonpriority creditor's name and mailing address

Workout Family Fitness
11132 S. Maplewood Ave.
Chicago IL 60655

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2/2017
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,500.00

---

3.95 Nonpriority creditor's name and mailing address

WOW Business
PO Box 4350
Carol Stream IL 60197-4350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2017
Last 4 digits of account number  5959

Is the claim subject to offset?
☐ No
☐ Yes

$ 642.89

---

3.96 Nonpriority creditor's name and mailing address

WOW Business
PO Box 4350
Carol Stream, IL 60197-4350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2017
Last 4 digits of account number  3490

Is the claim subject to offset?
☐ No
☐ Yes

$ 326.48

---

Debtor __Beacon Therapeutic School_____   Case number (if known)_____
              Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.97 Nonpriority creditor's name and mailing address

Wow Business
PO Box 4350
Carol Stream, IL 60197-4350

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,591.04

Date or dates debt was incurred   2017
Last 4 digits of account number   8638

Is the claim subject to offset?
☐ No
☐ Yes

3.98 Nonpriority creditor's name and mailing address

Zobrio
1741 S. Big Bend Blvd
St. Louis, MO 63117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,550.00

Date or dates debt was incurred   2017
Last 4 digits of account number   ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____
Last 4 digits of account number   ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____
Last 4 digits of account number   ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____
Last 4 digits of account number   ____ ____ ____ ____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  Beacon Therapeutic School _____  Case number (if known) _____
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | LeClair Ryan<br>1037 Raymond Boulevard, 16th Floor<br>Newark, NJ 07102 | Line 3.50<br>☐ Not listed. Explain _____ | 0724 |
| 4.2. | LeClair Ryan<br>1037 Raymond Boulevard, 16th Floor<br>Newark, NJ 07102 | Line 3.51<br>☐ Not listed. Explain _____ | 8460 |
| 4.3. | Transworld Systems<br>500 Virginia Dr, Suite 514 FT<br>Washington, PA 19034 | Line 3.55<br>☐ Not listed. Explain _____ | 5518 |
| 4.4. | Teller Levit & Silvertrust PC,<br>19 LaSalle Suite 701<br>Chicago IL 60603 | Line 3.53<br>☐ Not listed. Explain _____ | ___ |
| 4.1. | Tenaglia + Hunt, P.A.<br>PO Box 8500<br>Philadelphia, PA 19178-2431 | Line 3.76<br>☐ Not listed. Explain _____ | 7127 |
| 4.5. | A.R.M. Solutions<br>PO Box 3666<br>Camarillo, CA 93011-3666 | Line 3.77<br>☐ Not listed. Explain _____ | 3487 |
| 4.6. | Odelson Sterk LTD<br>3318 W. 95th Street<br>Evergreen Park IL 60805 | Line 3.89<br>☐ Not listed. Explain _____ | ___ |
| 4.7. | D & S, LTD<br>13809 Research Blvd. Suite 800<br>Austin, TX 78750 | Line 3.66<br>☐ Not listed. Explain _____ | 1738 |
| 4.8. | _____ | Line ___<br>☐ Not listed. Explain _____ | ___ |
| 4.9. | _____ | Line ___<br>☐ Not listed. Explain _____ | ___ |
| 4.10. | _____ | Line ___<br>☐ Not listed. Explain _____ | ___ |
| 4.11. | _____ | Line ___<br>☐ Not listed. Explain _____ | ___ |

Debtor _____Beacon Therapeutic School_____    Case number *(if known)* _____
              Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ *150,809* |
| 5b. Total claims from Part 2 | 5b. + | $ *725,953* |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ *876,762* |

Fill in this information to identify the case:

Debtor name _Beacon Therapeutic School_

United States Bankruptcy Court for the: _Northern_   District of _IL_
(State)

Case number (if known): _____   Chapter _7_

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _Copier Lease_ | _Konica Minolta_ |
| | | | _21719 Network Place_ |
| | State the term remaining | _16 months_ | _Chicago IL 60673-1217_ |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _Beacon Therapeutic Schools_

United States Bankruptcy Court for the: _Northern_ District of _IL_
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1 Codebtor | | Column 2 Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | *Beacon Therapeutic School* |
| United States Bankruptcy Court for the: | *Northern* District of *IL* (State) |
| Case number (if known): | _____ |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

Part 1:   **Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 07/01/17 to   Filing date | ☑ Operating a business<br>☐ Other | $ 901 |
| For prior year: | From 07/01/16 to 06/30/17 | ☑ Operating a business<br>☐ Other | $ 6,136,329 |
| For the year before that: | From 07/01/15 to 6/30/16 | ☑ Operating a business<br>☐ Other | $ 8,882,028 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ____ MM/DD/YYYY to   Filing date | _____ | $_____ |
| For prior year: | From ____ MM/DD/YYYY to ____ MM/DD/YYYY | _____ | $_____ |
| For the year before that: | From ____ MM/DD/YYYY to ____ MM/DD/YYYY | _____ | $_____ |

Debtor _____Beacon Therapeutic School_____    Case number (if known)_____
Name

---

<span style="background:black;color:white">**Part 2:**</span>   **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | | _____ | $ _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City      State      ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | _____ | $ _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City      State      ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Susan Reyna-Guerrero | 12/11/16 - | $ 110,751.06 | Salary and Vacation |
| | Insider's name | 6/30/17 | | Pay (Gross) |
| | 6546 N. Tahoma Av. | | | |
| | Street | | | |
| | Chicago      IL      60646 | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Former CEO (CEO During Dates Above) | | | |
| 4.2. | | | $ _____ | |
| | Insider's name | | | |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor **Beacon Therapeutic School**  Case number (if known)_____
_____Name

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

❏ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Beverly Bank** (Creditor's name) **1908 W. 103rd St.** (Street) **Chicago IL 60643** (City / State / ZIP Code) | **10650 S. Longwood Chicago, IL 60643** | **10/20/17** | $ **762,000** |
| 5.2. | _____ (Creditor's name) _____ (Street) _____ (City / State / ZIP Code) | _____ | _____ | $_____ |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ (Creditor's name) _____ (Street) _____ (City / State / ZIP Code) | _____ Last 4 digits of account number: XXXX– _ _ _ _ | _____ | $_____ |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❏ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **C I T Bank NA v. Beacon Therapeutic School** Case number **2017-L-007450** | **Contract** | (Name) **Circuit Court, Cook Co.** (Street) **50 W. Washington** (City / State / ZIP Code) **Chicago IL 60602** | ❏ Pending ❏ On appeal ☑ Concluded |
| 7.2. | **Manpower Group US v. Beacon Therapeutic** Case number **2017-M1-122408** | **Contract** | (Name) **Circuit Court, Cook County** (Street) **50 W. Washington St.** (City / State / ZIP Code) **Chicago IL 60602** | ☑ Pending ❏ On appeal ❏ Concluded |

Debtor   Beacon Therapeutic School
         Name

Case number (if known) _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| 5.2. | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ _____ |
| Creditor's name | | | |
| Street | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3 | City of Chicago v. Beacon Therapeutic | Regulatory | City of Chicago (Name) / Admin Court (Street) / City   State   ZIP Code | ☐ Pending / ☐ On appeal / ☒ Concluded |
| | Case number | | | |
| | 17 DH001744 | | | |
| 7.4 | James v. Beacon Therapeutic School | Employment | Illinois Dept. Labor (Name) / 160 N. LaSalle, St. 1300 (Street) / Chicago   IL   60601 | ☒ Pending / ☐ On appeal / ☐ Concluded |
| | Case number | | | |
| | 16-VS 227 | | | |

---

Debtor   Beacon Therapeutic School                Case number (if known)_____
       Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State     ZIP Code | | City          State       ZIP Code |
| | Date of order or assignment | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $_____ |

---

Debtor   Beacon Therapeutic School
_____
Name                                                        Case number (if known)_____

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Quarles & Brady LLP | | 7/17 | $ 10,000.00 |
| **Address** | | | |
| 300 N. LaSalle Street | | | |
| Street | | | |
| Chicago        IL      60606 | | | |
| City               State      ZIP Code | | | |
| **Email or website address** | | | |
| www.quarles.com | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | | | |
| Street | | | |
| | | | |
| City               State      ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

---

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page 5

Debtor  Beacon Therapeutic School
        Name

Case number (if known)_____

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | UCAN | Used furniture, vehicle, Contracts accounts receivable | 6/29/17 | $ 18,000.00 |
| | **Address** 3605 W. Fillmore Street Street Chicago   IL   60624 City   State   ZIP Code | | | |
| | **Relationship to debtor** None | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | **Address** Street City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 1912 W. 103rd Street Street Chicago   IL   60643 City   State   ZIP Code | From _____ | To 2/28/17 |
| 14.2. | 12440 S. Ada Street Calumet Park   IL   60827 City   State   ZIP Code | From _____ | To 6/30/17 |

Debtor    **Beacon Therapeutic School**    Case number *(if known)*_____
_____Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.1.
Facility name _____

Street _____

City    State    ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

**How are records kept?**

*Check all that apply:*

☐ Electronically
☐ Paper

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.2.
Facility name _____

Street _____

City    State    ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

**How are records kept?**

*Check all that apply:*

☐ Electronically
☐ Paper

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

Name of plan    **4036 One America**    Employer identification number of the plan    EIN: **3 6 - 2 6 6 0 4 9 5**

Has the plan been terminated?

☐ No
☐ Yes

Debtor _Beacon Therapeutic School_____    Case number (if known)_____
       Name

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other____ | _____ | $_____ |
| 18.2. _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| East Bank Records Management<br>Name<br>333 N. Michigan Ave.<br>Street<br>Chicago  IL  60601<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____ | Records<br>_____ | ☐ No<br>☑ Yes |

---

Debtor    _Beacon Therapeutic School_    Case number (if known) _____
      Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

Debtor  *Beacon Therapeutic School*
    Name _____   Case number *(if known)* _____

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |

Debtor    Beacon Therapeutic Schools    Case number (if known) _____
         Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❏ None

**Name and address**                                    **Dates of service**

26a.1.    Jennifer Becker                               From 11/16  To Current
          Name
          15156 Lavergne Avenue
          Street
          Oak Forest IL 60452
          City                    State        ZIP Code

**Name and address**                                    **Dates of service**

26a.2.    Ken Miller                                    From 11/09  To 6/16
          Name
          1609 Fender Road
          Street
          Naperville IL 60565
          City                    State        ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❏ None

**Name and address**                                    **Dates of service**

26b.1.    MPS/CPA                                       From 7/17  To Current
          Name
          14300 Ravinia
          Street
          Orland Park IL 60462
          City                    State        ZIP Code

**Name and address**                                    **Dates of service**

26b.2.    Lesser, Ravid, Jason, Basso, Farber LLP       From 11/16  To 6/17
          Name
          150 N. Wacker Drive Suite 3100
          Street
          Chicago IL 60606-1659
          City                    State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❏ None

**Name and address**                                    If any books of account and records are
                                                        unavailable, explain why

26c.1.    MPS/CPA                                       _____
          Name
          14300 Ravinia                                 _____
          Street
          Orland Park IL 60462                          _____
          City                    State        ZIP Code

Debtor  *Beacon Therapeutic School*
Name

Case number *(if known)* _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|

26a.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

From _____   To _____

26a.2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

From _____   To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26b.1.

Name  BDO

Street  PO BOX 642743

PittsBurgh PA 15264-2743

City _____ State _____ ZIP Code _____

**Dates of service**

From 6/15  To 10/16

26b.2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

From _____   To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

26c.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**If any books of account and records are unavailable, explain why**

_____

_____

_____

Debtor    Beacon Therapeutic Schools    Case number (if known) _____
_____Name_____

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|

26c.2.    Jennifer Decker
Name
15100 LaVergne
Street
Oak Forest IL 60452
City                    State            ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.    Beverly Bank
Name
1908 W 103rd Street
Street
Chicago IL 60643
City                    State            ZIP Code

Name and address

26d.2.    _____
Name
_____
Street
_____
City                    State            ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.    _____
Name
_____
Street
_____
City                    State            ZIP Code

Debtor  **Beacon Therapeutic School**
Name                                                    Case number (if known)_____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.  _____
Name

_____
Street

_____
City                                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Darsis | 5401 N. Lieb Avenue Chicago, IL 60630 | Director | _____ |
| Joan Coffey | 7942 Suffield Drive Orland Park, IL 60462 | Director | _____ |
| Thomas Goldrick | 77 W. Washington Suite 1615 Chicago, IL 60602 | Director | _____ |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Susan Reyna-Guerrero | 6546 N. Tahoma Chicago, IL 60646 | CEO | From ____ To 6/17 |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Susan Reyna-Guerrero | 110,751.06 | 12/16/16- 6/30/17 | Salary and Vacation Pay (Gross) |
| 6546 N. Tahoma Street | | | |
| Chicago         IL     60646 City              State    ZIP Code | | | |
| Relationship to debtor Former CEO | | | |

Debtor     Beacon Therapeutic School
           _____          Case number (if known)_____
           Name

**Name and address of recipient**                      _____   _____   _____

30.2    _____                      _____
        Name

        _____                      _____
        Street

        _____                      _____

        _____                      _____
        City                    State        ZIP Code

        **Relationship to debtor**                                       _____

        _____


31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

    **Name of the parent corporation**                 **Employer Identification number of the parent
                                                        corporation**

    _____        EIN: __ __ – __ __ __ __ __ __ __


32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

    **Name of the pension fund**                        **Employer Identification number of the pension fund**

    _____        EIN: __ __ – __ __ __ __ __ __ __


| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12 / 19 / 2017
              MM / DD / YYYY

✗ _Thomas A. Goldrick_                    Printed name   Thomas A. Goldrick
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor   Director


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_Northern_ District Of _Illinois_

In re _Beacon Therapeutic School, Inc._

Case No. _____

**Debtor**                                        Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _— 0_

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ _— 0 —_

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _— 0 —_

2. The source of the compensation paid to me was:  _N/A_

   ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:  _N/A_

   ☐ Debtor          ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm. _N/A_

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached. _N/A_

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/19/2017
_Date_

_Signature of Attorney_    Robert O. Nachman

Barack Ferrazzano Kirschbaum & Nagelberg LLP
_Name of law firm_